```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| JOSE GUTIERREZ-YANEZ | : | |
| Petitioner, | : | CIV.NO. 3:02CV1653(AWT) |
| v. | : | |
| JOHN ASHCROFT, U.S. ATTORNEY GENERAL, ET AL. | : | |
| Respondents. | : | FEBRUARY 8, 2005 |

## MOTION TO DISMISS

The respondents in the above-captioned case respectfully request that the Court dismiss petitioner's complaint for declaratory and injunctive relief and petition for a writ of habeas corpus as moot because petitioner has been lawfully removed from the United States. Petitioner filed his complaint and habeas petition on September 18, 2002. However, as stated in the respondents' June 18, 2003 response, the Government was never served with the complaint and petition and only received it via facsimile from the Clerk's Office. Moreover, upon review of petitioner's status, the Government was advised that petitioner had been removed from the United States on September 17, 2002, the day before he filed his complaint and habeas petition. On September 29, 2003, the Court denied petitioner's motion for an emergency stay of deportation. As such, for the reasons stated in the respondents' June 18, 2003 response, the respondents respectfully request that petitioner's complaint and habeas petition be dismissed.

         Respectfully submitted,

         KEVIN J. O'CONNOR
         UNITED STATES ATTORNEY


         DOUGLAS P. MORABITO
         ASSISTANT UNITED STATES ATTORNEY
         P.O. BOX 1824
         NEW HAVEN, CT  06508
         (203) 821-3700
         FEDERAL BAR NO. ct20962



## CERTIFICATION

 This is to certify that a copy of the foregoing was not sent via United States Mail, postage prepaid, on this 8th day of February, 2005, to petitioner because he has been deported and the undersigned does not have a forwarding address.


         _____
         DOUGLAS P. MORABITO
         ASSISTANT UNITED STATES ATTORNEY