UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB 10 A 10: 46

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| JOSE GUTIERREZ-YANEZ | : | |
| Petitioner, | : | CIV.NO. 3:02CV1653(AWT) |
| v. | : | |
| JOHN ASHCROFT, U.S. ATTORNEY GENERAL, ET AL. | : : | |
| Respondents. | : | FEBRUARY 8, 2005 |

### NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Douglas P. Morabito as counsel for the respondents in the above-captioned case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Douglas P. Morabito*

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR NO. ct20962

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was not sent via United States Mail, postage prepaid, on this 8th day of February, 2005, to petitioner because he has been deported and the undersigned does not have a forwarding address.

_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY